FILED
BILLINGS, MT

2006 JAN 13 PM 3 17

PATRICK E. DUFFY, CLERK
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| JONATHAN SILVER SKY, ) | CV-04-154-BLG-RFC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS OF |
| MIKE MAHONEY, ) | U.S. MAGISTRATE JUDGE |
| ) | |
| Defendant. ) | |
| ) | |

On December 9, 2005, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends Plaintiff's Petition be dismissed with prejudice on the grounds that Silver Sky's procedural default is unexcused.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the March 3, 2004 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d

1

449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's Petition is **DISMISSED WITH PREJUDICE** (*Doc. #1*).

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 13th day of January, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

1/13/06  tal

Plaintiff, Pro Se
Mag. Judge Anderson

2